## (May 18, 1981)

CONSTANTINOS GAROUFALIS et al., Respondents, v JOHN THEODORE et al., Defendants, and JOSEPH W. KELLY, Appellant. — Application by defendant Joseph W. Kelly for resettlement of order entered April 8, 1981, granted, without costs, and order resettled by vacating the second decretal paragraph thereof which directs plaintiffs to serve the bill of particulars within 20 days of the date of entry of the order. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.